IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE BASSETT

    Petitioner,                    No. 2:12-cv-0311 GEB CKD P

    vs.

R.L. GOWER

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within seven days, whether he has any objection to the dismissal of this action. Should respondent fail to comply with this order, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 19, 2012

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

3/bass0311.59a

1