IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE BASSETT

       Petitioner,                      No. 2:12-cv-0311 GEB CKD P

    vs.

R.L. GOWER

       Respondent.              <u>ORDER</u>

       /

       Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On June 22, 2012, respondent filed a statement of non-opposition to the motion to dismiss.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2).

Dated: June 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3/bass0311.159

1